No. 89–6823.  WILLIAMS v. DEPARTMENT OF THE AIR FORCE. C. A. Fed. Cir.  Certiorari denied.

No. 89–6824.  TELK v. UNITED STATES POSTAL SERVICE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–6825.  VINJE-MORPURGO v. NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–6826.  SIMON v. BETHLEHEM STEEL CORP. ET AL. C. A. 2d Cir.  Certiorari denied.

No. 89–6828.  ROTMAN v. WORCESTER POLICE DEPARTMENT ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 89–6831.  FREEMAN ET AL. v. CITY OF LAGRANGE ET AL. C. A. 11th Cir.  Certiorari denied.

No. 89–6834.  CASSELL v. GINGRICH ET AL. (two cases).  Sup. Ct. Pa.  Certiorari denied.

No. 89–6836.  JOHNSON v. BAXLEY, ASSISTANT DEFENDER, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 89–6842.  KUCHER v. MASSACHUSETTS DEPARTMENT OF EMPLOYMENT SECURITY ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 89–6844.  BRENNAN v. BRENNAN ET AL.  C. A. 6th Cir. Certiorari denied.

No. 89–6850.  LEPISCOPO v. JIMENEZ-MAES ET AL.  Sup. Ct. N. M.  Certiorari denied.

No. 89–6853.  DUROSKO v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 89–6854.  SANFORD v. ALAMEDA-CONTRA COSTA TRANSIT DISTRICT ET AL.  C. A. 9th Cir.  Certiorari denied.